# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jason E Acreman, Debtor                           Case No. 21-02166-JAW
                                                             CHAPTER 13

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Thomas C. Rollins, Jr., with The Rollins Law Firm and files his Entry of Appearance on behalf of Hart McLaughlin & Eldridge and Aylstock, Witkin, Kreis & Overholtz in the above referenced bankruptcy case and would request the Clerk to provide him with all future electronic notices.

                              Respectfully submitted,

           By:     /s/ Thomas C. Rollins, Jr.
                   Thomas C. Rollins, Jr. (MSBN 104367)
                   Attorney for Morgan & Morgan

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice was forwarded on September 12, 2025, to:

By Electronic CM/ECF Notice:

   Debtor's Attorney
   Case Trustee
   U.S. Trustee

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr. (MSBN 104367)