

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 24, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                               CHAPTER 7

JASON E. ACREMAN                              CASE NO. 21-02166-JAW

**AGREED ORDER APPROVING TRUSTEE'S APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF ATTORNEY FOR SPECIAL PURPOSE, *NUNC PRO TUNC***

**THIS MATTER** came on for the Court's consideration on the *Trustee's Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorney for Special Purpose, Nunc Pro Tunc* [Dkt. #30] filed on behalf of the law firms of *Aylstock, Witkin, Kreis & Overholtz, PLLC* and *Hart McLaughlin & Eldridge, LLC*. The Court, after notice and a hearing, with no objections having been filed, does hereby find, as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED AND ADJUDGED** that the amount requested in the application filed on behalf of *Aylstock, Witkin, Kreis & Overholtz, PLLC* and *Hart McLaughlin & Eldridge, LLC, nunc pro tunc,* for legal services rendered in this matter and expenses incurred, are approved and may be paid from the available funds of the estate as follows:

|  | Attorneys' Fees | Expenses | Total |
|---|---|---|---|
| Aylstock, Witkin, Kreis & Overholtz, PLLC | $10,219.49 | $737.49 | $10,956.98 |

| | | | |
|---|---|---|---|
| Hart, McLaughlin & Ethridge | $10,219.50 | $ 32.08 | $10,251.58 |

##END OF ORDER##

AGREED AS TO FORM AND CONTENT:

| | |
|---|---|
| _____<br>EILEEN N. SHAFFER MSB #1687<br>Attorney for Trustee<br>Post Office Box 1177<br>Jackson, Mississippi 39215-1177<br>Ph: (601) 969-3006; Fax: (601) 949-4002<br>E-Mail: eshaffer@eshaffer-law.com | _/s/ Thomas C. Rollins, Jr._____<br>THOMAS C. ROLLINS, JR.<br>Attorney for Aylstock, Witkin, Kreis &<br>Overholtz, PLLC and Hart, McLaughlin<br>& Ethridge |