United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-02166-JAW
Jason E Acreman Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Sep 24, 2025      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason E Acreman, 6515 Jeff Davis Road, Vicksburg, MS 39180-8580 |
| sp | + | Douglass A. Kreis, Aylstock, Witkin, Kreis & Overholtz,PLLC, 17 E. Main Street, Suite 200, Pensacola, FL 32502-5998 |

TOTAL: 2

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | ##+ | Jeffrey Nadrich, Nadrich & Cohen, LLP, 12100 Wilshire Blvd., Suite 1250, Los Angeles, CA 90025-7129 |
| sp | ##+ | Robert J. McLaughlin, Hart, McLaughlin & Eldridge, LLC, 22 W. Washington St., #1600, Chicago, IL 60602-1615 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2025      Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edwin Woods, Jr | on behalf of Debtor Jason E Acreman mdrummond@bondnbotes.com;kdorrell@bondnbotes.com |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Eileen N. Shaffer | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: pdf012 | Total Noticed: 2 |

          on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com

Leslie R. Sadler
          on behalf of Creditor Mutual Credit Union lsadler@ellislawms.com

Thomas Carl Rollins, Jr
          on behalf of Special Counsel Robert J. McLaughlin trollins@therollinsfirm.com
          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
          on behalf of Special Counsel Douglass A. Kreis trollins@therollinsfirm.com
          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
          USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JASON E. ACREMAN | CASE NO. 21-02166-JAW |

**AGREED ORDER APPROVING TRUSTEE'S APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF ATTORNEY FOR SPECIAL PURPOSE, *NUNC PRO TUNC***

**THIS MATTER** came on for the Court's consideration on the *Trustee's Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorney for Special Purpose, Nunc Pro Tunc* [Dkt. #30] filed on behalf of the law firms of *Aylstock, Witkin, Kreis & Overholtz, PLLC* and *Hart McLaughlin & Eldridge, LLC*. The Court, after notice and a hearing, with no objections having been filed, does hereby find, as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED AND ADJUDGED** that the amount requested in the application filed on behalf of *Aylstock, Witkin, Kreis & Overholtz, PLLC* and *Hart McLaughlin & Eldridge, LLC, nunc pro tunc,* for legal services rendered in this matter and expenses incurred, are approved and may be paid from the available funds of the estate as follows:

| | **Attorneys' Fees** | **Expenses** | **Total** |
|---|---|---|---|
| Aylstock, Witkin, Kreis & Overholtz, PLLC | $10,219.49 | $737.49 | $10,956.98 |

|  |  |  |  |
|---|---|---|---|
| Hart, McLaughlin & Ethridge | $10,219.50 | $ 32.08 | $10,251.58 |

**##END OF ORDER##**

AGREED AS TO FORM AND CONTENT:

_____
EILEEN N. SHAFFER MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006; Fax: (601) 949-4002
E-Mail: eshaffer@eshaffer-law.com

*/s/ Thomas C. Rollins, Jr.*
THOMAS C. ROLLINS, JR.
Attorney for Aylstock, Witkin, Kreis &
Overholtz, PLLC and Hart, McLaughlin
& Ethridge