# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          CHAPTER 7

JASON E. ACREMAN                          CASE NO. 21-02166-JAW

## APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF ATTORNEY FOR TRUSTEE

**COMES NOW, Eileen N. Shaffer**, attorney for Trustee, who states:

### A. Background

1. Movant is the duly qualified and acting attorney for trustee herein in this case filed under Chapter 7 of Title 11 of the United States Code on December 29, 2021.

2. Applicant was employed as counsel for the trustee to represent and assist the trustee and to render legal services which may be necessary and proper in the premises. Said employment as counsel was approved by order of this court dated on February 18, 2022 [Dkt. #15].

3. Movant's hourly rate for the time period covered is $275.00, and this rate has previously been approved by this Court and other courts. Applicant feels that the fees charged by her and her firm are customary in the Southern District of Mississippi for bankruptcy work, and said fees are fixed and not contingent.

4. This application is the first application for compensation by attorney for trustee.

5. More than 120 days have passed since the order for relief was entered and, therefore, leave of court to file this application is not necessary.

6. The time period of the services covered by this application is February 8, 2022 through October 20, 2025.

### B. Case Status

1. The financial condition of this Chapter 7 case is as follows:

    a.    The amount of cash on deposit in the estate account as of October 20, 2025 was $29,881.91.

    b.    The only other unpaid administrative expenses, other than applicable court costs, are the statutory trustee's fees and expenses to be paid upon closing of the case.

    c.    All funds on deposit in the estate are unencumbered.

    d.    Operating profit or loss is not applicable in this case.

2.    Please refer to Form 2 attached hereto as **Exhibit "A"** for a summary of case administration, including all monies received and disbursed in this case. This case is not expected to close for at least sixty (60) days.

3.    This is a Chapter 7 case and, therefore, no plan, disclosure statement, or quarterly fees are applicable herein.

4.    Applicant will supplement this application should the status of the case change prior to the hearing on same.

### C. Project Summary

1.    Applicant performed the following projects or tasks for which compensation and reimbursement are sought:

    a.    The attorney for the trustee prepared all the necessary pleadings to employ professionals regarding debtor's lawsuit, attended hearings, reviewed claims, and prepared this fee application.

    b.    Attorney for trustee spent 21.50 hours on this case and an itemized list of time and services is shown in **Exhibit "B"** attached hereto and made a part hereof.

    c.      Applicant's affidavit in support of her hourly rate is attached hereto and incorporated herein as **Exhibit "C"**.

    d.      Applicant requests payment in the amount of $5,912.50 for legal services rendered in this proceeding and expenses in the amount of $24.54 for a total of $5,937.04.

### D. Evaluation Standards

1. The compensation, fee and allowance herein claimed belongs wholly to applicant and her law firm and will not be divided, shared or pooled, directly or indirectly, with any other person or firm.

2. Applicant does not feel that she was precluded from taking other employment as a result of her employment, except that the services provided precluded her from being available to see or monitor activities of other clients.

3. This matter was performed under time limitations covered by the nature of the case and governed by the provisions of the bankruptcy rules.

4. Applicant is experienced in the field of bankruptcy law, as well as in the general practice of law. Applicant is a member in good standing of the Mississippi Bar Association, has been admitted to practice in the United States District Court of the Southern District of Mississippi, and has been engaged in the general practice of law for over thirty-five (35) years.

**WHEREFORE, PREMISES CONSIDERED,** Applicant prays that attorney's fees in the amount of $5,912.50 and expenses in the amount of $24.54, being a total of $5,937.04, be authorized to be paid to said applicant as attorney for trustee in this proceeding.

                              Respectfully submitted,

By: _____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date transmitted by electronic noticing, a true and correct copy of the above and foregoing Application for Compensation and Reimbursement of Necessary Expenses of Attorney for Trustee to the following on the day and year hereinafter set forth:

Edwin Woods, Jr., Esq.
Attorney for Debtor
kdorrell@bondnbotes.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the _20th_ day of _October_, 2025.

_____
EILEEN N. SHAFFER