# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 21-02166-JAW | Trustee Name: | Eileen N. Shaffer (440040) |
|---|---|---|---|
| Case Name: | JASON E ACREMAN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | REQUESTED | Account #: | ******5158 Checking |
| For Period Ending: | 10/20/2025 | Blanket Bond (per case limit): | $26,736,047.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/25 | {15} | Hart McLaughlin & Eldridge, LLC | WIRE FROM HME Legal LLC DBA Hart Per Ct. Ord. 8/13/25 [Dkt. #39] | 1242-000 | 51,097.47 | | 51,097.47 |
| 10/20/25 | 101 | Hart, McLaughlin & Ethridge, LLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.50; Expenses $32.08 | | | ! 10,251.58 | 40,845.89 |
| | | Hart, McLaughlin & Ethridge, LLC | Special Counsel Fees $10,219.50 | 3210-000 | | | |
| | | Hart, McLaughlin & Ethridge, LLC | Special Counsel Expenses $32.08 | 3220-000 | | | |
| 10/20/25 | 102 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.49; Expenses: $737.49 | | | ! 10,956.98 | 29,888.91 |
| | | Aylstock, Witkin, Kreis & Overholtz, PLLC | Special Counsel Fees $10,219.49 | 3210-000 | | | |
| | | Aylstock, Witkin, Kreis & Overholtz, PLLC | Special Counsel Expenses $737.49 | 3220-000 | | | |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 2 | Checks | 21,208.56 | |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 | |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 | |
| 1 | Adjustments In | 51,097.47 | | Total | 21,208.56 | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | 51,097.47 | | | | |

Page Subtotals:     $51,097.47     $21,208.56

EXHIBIT "A"

{ } Asset Reference(s)                                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case No.: | 21-02166-JAW |
| Case Name: | JASON E ACREMAN |
| Taxpayer ID #: | REQUESTED |
| For Period Ending: | 10/20/2025 |

| | |
|---|---|
| Trustee Name: | Eileen N. Shaffer (440040) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5158 Checking |
| Blanket Bond (per case limit): | $26,736,047.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---|---|
| Net Receipts: | $51,097.47 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $51,097.47 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5158 Checking | $51,097.47 | $21,208.56 | $29,888.91 |
| | $51,097.47 | $21,208.56 | $29,888.91 |