EILEEN N. SHAFFER
ATTORNEY AT LAW
POST OFFICE BOX 1177
JACKSON, MS 39215-1177

Invoice submitted to:
JASON ACREMAN
ATTORNEY TIME

October 20, 2025

Invoice # 19628       6207

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/8/2022 | ES | PREPARE APP & ORDER TO EMPLOY ENS AS ATTORNEY | 0.60 | 165.00 |
| 3/10/2022 | ES | PREPARE APP TO EMPLOY SPECIAL COUNSEL | 1.00 | 275.00 |
|  | ES | LTR TO AYLSTOCK RE: APP TO EMPLOY | 0.30 | 82.50 |
| 4/26/2022 | ES | PREPARE APP & ORDER TO EMPLOY SPECIAL COUNSEL | 1.00 | 275.00 |
| 5/2/2022 | ES | EMAIL TO AYLSTOCK RE: ORDER EMPLOYING SPECIAL COUNSEL | 0.30 | 82.50 |
| 9/27/2022 | ES | LTR TO AYLSTOCK RE: MOTION FOR APPROVAL OF SETTLEMENT | 0.30 | 82.50 |
| 9/11/2023 | ES | EMAIL W/L. MOSHIN RE: MOTION TO SETTLE | 0.20 | 55.00 |
| 4/23/2025 | ES | REVIEW EMAIL FROM B. MCLAUGHLIN RE: SETTLEMENT APPROVAL | 0.20 | 55.00 |
|  | ES | TEL CONF W/B. MCCLAUGHLIN | 0.20 | 55.00 |
|  | ES | PREPARE MOTION FOR APPROVAL OF SETTLEMENT | 1.00 | 275.00 |
|  | ES | PREPARE APPLICATION & ORDER RE: APPROVAL OF SPECIAL COUNSEL FEES | 1.60 | 440.00 |
| 4/29/2025 | ES | PREPARE MOTION FOR APPROVAL OF SETTLEMENT, NUNC PRO TUNC | 1.60 | 440.00 |
|  | ES | PREPARE NOTICE OF SETTLEMENT (.5); PREPARE ORDER (.8) | 1.30 | 357.50 |
| 4/30/2025 | ES | LTR TO R. MCLAUGHLIN RE: AFFIDAVIT | 0.30 | 82.50 |
| 5/2/2025 | ES | EMAIL TO BOB MCLAUGHLIN RE: MOTION FOR ATTY. FEES | 0.20 | 55.00 |

**EXHIBIT "B"**

JASON ACREMAN                                                                                          Page     2

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 5/6/2025 | ES | | EMAIL TO B. MCCLAUGHLIN RE: MOTION TO SETTLE CLAIM | 0.20 | 55.00 |
| 5/7/2025 | ES | | REVIEW EMAIL FROM B. MCCLAUGHLIN RE: APP FOR FEES & EXPENSES | 0.10 | 27.50 |
| | ES | | EMAIL TO B. MCCLAUGHLIN RE: MOTION FOR APPROVAL OF FEES | 0.20 | 55.00 |
| 5/20/2025 | ES | | PREPARE AFFIDAVIT FOR NADRICH RE: APP FOR FEES | 0.50 | 137.50 |
| | ES | | EMAIL TO D. KOEHLE RE: AFFIDAVIT | 0.20 | 55.00 |
| | ES | | REVIEW EMAIL FROM R. MCLAUGHLIN RE: AFFIDAVIT | 0.10 | 27.50 |
| | ES | | FINALIZE REVISED AFFIDAVIT | 0.20 | 55.00 |
| 5/28/2025 | ES | | EMAIL TO R. MCLAUGHLIN RE: AFFIDAVIT | 0.20 | 55.00 |
| 5/29/2025 | ES | | EMAIL TO DUSTIN KOEHLE RE: DISBURSEMENT STATEMENT | 0.20 | 55.00 |
| 6/12/2025 | ES | | EMAIL TO D. KOEHLE RE: AFFIDAVIT | 0.20 | 55.00 |
| 6/13/2025 | ES | | REVIEW EMAIL FROM D. KOEHLE RE: AFFIDAVIT | 0.10 | 27.50 |
| 6/17/2025 | ES | | EMAIL TO R. MCLAUGHLIN & D. KOEHLE RE: APP FOR FEES | 0.40 | 110.00 |
| 6/18/2025 | ES | | FINALIZE APP FOR ATTY. FEES FOR SPECIAL COUNSEL | 0.50 | 137.50 |
| 6/23/2025 | ES | | FINALIZE APP FOR SPECIAL COUNSEL & MOTION TO SETTLE | 0.70 | 192.50 |
| 8/11/2025 | ES | | PREPARE FOR HEARING ON MOTION TO SETTLE (.6)<br>ATTENDED HEARING ON MOTION TO SETTLE (1.5)<br>PREP AMENDED ORDER RE: SETTLEMENT (.6) | 2.70 | 742.50 |
| 8/14/2025 | ES | | EMAIL TO SPECIAL COUNSEL RE: ORDERS AND LETTERS RE: FEES | 0.40 | 110.00 |
| 8/19/2025 | ES | | REVIEW EMAIL FROM D. KOEHLE RE: HEARING (.1)<br>EMAIL TO D. KOEHLE RE: HEARING (.2)<br>TC W/ D. KOEHLE RE: HEARING (.2)<br>EMAIL TO PARTIES RE: HEARING (.2) | 0.70 | 192.50 |
| 9/4/2025 | ES | | TEL CONF W/T.C. ROLLINS RE: APP FOR APPROVAL OF ATTY. FEES | 0.20 | 55.00 |
| 9/22/2025 | ES | | ATTENDED HEARING ON MOTION FOR APPROVAL OF FEES | 1.20 | 330.00 |
| | ES | | PREPARE AG. ORDER RE: APPROVAL OF FEES | 0.50 | 137.50 |
| | ES | | EMAIL TO T.C. ROLLINS RE: AGREED ORDER | 0.20 | 55.00 |
| 9/24/2025 | ES | | EMAIL TO TC ROLLINS RE: ORDER APPROVING ATTY. FEES | 0.20 | 55.00 |
| 10/14/2025 | ES | | EMAIL R. MCLAUGHLIN RE: ORDER APPROVING SETTLEMENT | 0.20 | 55.00 |
| 10/16/2025 | ES | | REVIEW EMAIL FROM R. MCLAUGHLIN RE: ORDER | 0.10 | 27.50 |
| | ES | | EMAIL TO R. MCLAUGHLIN RE: SETTLEMENT ORDER | 0.20 | 55.00 |

JASON ACREMAN                                                                                                          Page        3

|            |       |                                           | Hours | Amount    |
|------------|-------|-------------------------------------------|-------|-----------|
| 10/20/2025 | ES    | PREPARE APP, NOTICE & ORDER RE: ENS FEES  | 1.00  | 275.00    |
|            |       | For professional services rendered        | 21.50 | $5,912.50 |

Additional Charges :

|            |                        | Qty/Price  |         |
|------------|------------------------|------------|---------|
| 10/20/2025 | Copying cost           | 42<br>0.25 | 10.50   |
|            | Postage                | 1<br>14.04 | 14.04   |
|            | Total costs            |            | $24.54  |
|            | Total amount of this bill |         | $5,937.04 |
|            | Balance due            |            | $5,937.04 |