IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     CHAPTER 7

JASON E. ACREMAN     CASE NO. 21-02166-JAW

**AFFIDAVIT**

STATE OF MISSISSIPPI
COUNTY OF HINDS

       PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named Eileen N. Shaffer, Attorney at Law, who being by me first duly sworn on oath states, as follows:

1. I am Eileen N. Shaffer, Attorney at Law, Post Office Box 1177, Jackson, Mississippi 39215-1177, and I am making this Affidavit in support of my request for attorney's fees and reimbursement of necessary expenses in this case.

2. I received my law degree from the Mississippi College School of Law in 1983.

3. In all cases where I have appeared before the United States Bankruptcy Court, I have been compensated at an hourly rate and at this time my hourly rate requested from representation before federal tribunals is $150.00 to $300.00 per hour. I feel this is a reasonable hourly rate for attorneys of similar age, experience and ability in the Jackson, Mississippi area, in view of the overhead expenses of practicing law in the metropolitan area.

4. The itemization of time and expenses attached to this fee application is accurate to the best of my knowledge, information and belief, and I feel all of the time to have been well spent in the best interest of the estate.

_____
EILEEN N. SHAFFER

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority this the 20th day of October, 2025.

_____
NOTARY PUBLIC

**EXHIBIT "C"**