IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                CHAPTER 7

JASON E. ACREMAN                                    CASE NO. 21-02166-JAW

**ORDER APPROVING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF ATTORNEY FOR TRUSTEE**

**THIS MATTER** came on for the Court's consideration on the *Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorney for Trustee* [Dkt. #_____] filed by Eileen N. Shaffer, Trustee. The Court, after Notice and no Objections having been filed, does hereby find, as follows:

1.      That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the amount requested in the application filed by Eileen N. Shaffer in the amount of $5,912.50 for legal services rendered and expenses in the amount of $24.54, being a total of $5,937.04, is approved and may be paid from the available funds of the estate.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com