IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                                 CHAPTER 7

JASON E. ACREMAN                                                             CASE NO. 21-02166-JAW

**NOTICE OF APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES OF ATTORNEY FOR TRUSTEE**

**NOTICE IS HEREBY GIVEN** that an Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorney for Trustee has been filed with the Court, requesting compensation for legal services rendered in the amount of $5,912.50 and expenses incurred in the amount of $24.54, being a total of $5,937.04.

**NOTICE IS FURTHER GIVEN** that any creditor or party-in-interest desiring to object to said Application is required to file a written objection with the United States Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and to serve a copy upon the attorney for the Trustee, Eileen N. Shaffer, at the address listed herein below; and upon the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201. The **DEADLINE DATE** for filing objections to the Applications is **TWENTY-ONE (21) DAYS** from the date of this Notice.

**NOTICE IS FURTHER GIVEN** that in the event such written objection or other responsive pleading is not filed on or before TWENTY-ONE (21) days from the date of this notice, said Applications shall be determined *EX PARTE* by the Court.

**DATED** this the _20th_ day of _October_, 2025.

_____
EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have mailed, by United States Mail, postage prepaid, or electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing *Notice of Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorney for Trustee*, to all creditors and parties in interest listed on the master address list on file in this case, attached hereto as Exhibit "A", and to the following on the day and year hereinafter set forth:

    Edwin Woods, Jr., Esq.
    Attorney for Debtor
    kdorrell@bondnbotes.com

    United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the 20th day of October, 2025.

                                            EILEEN N. SHAFFER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 21-02166-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Mon Oct 20 13:28:11 CDT 2025 | Mutual Credit Union<br>POB 25<br>Vicksburg, MS 39181-0025 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Cbna<br>Attn: Centralized Bankruptcy<br>Po Box 790034<br>St. Louis, MO 63179-0034 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Christopher Acreman<br>6595 Jeff Davis Road<br>Vicksburg, MS 39180-8580 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank/Home Depot<br>Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Mutual Cdt<br>1604 Cherry St<br>Vicksburg, MS 39180-3586 | Mutual Credit Union<br>Leslie R. Sadler<br>901 Belmont Street<br>Vicksburg, MS 39180-3829 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank/RMS<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Douglass A. Kreis<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502-5998 | Edwin Woods Jr<br>Bond & Botes of Mississippi, P.C.<br>120 Southpointe, Suite A<br>Byram, MS 39272-5586 | (p)EILEEN N SHAFFER<br>P O BOX 1177<br>JACKSON MS 39215-1177 |
| Jason E Acreman<br>6515 Jeff Davis Road<br>Vicksburg, MS 39180-8580 | Jeffrey Nadrich<br>Nadrich & Cohen, LLP<br>12100 Wilshire Blvd., Suite 1250<br>Los Angeles, CA 90025-7129 | Robert J. McLaughlin<br>Hart, McLaughlin & Eldridge, LLC<br>22 W. Washington St., #1600<br>Chicago, IL 60602-1615 |

EXHIBIT "A"

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215-1177 | End of Label Matrix<br>Mailable recipients  26<br>Bypassed recipients   0<br>Total                26 |