United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 21-02166-JAW
Jason E Acreman     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Nov 14, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

**Recip ID     Recipient Name and Address**
db     + Jason E Acreman, 6515 Jeff Davis Road, Vicksburg, MS 39180-8580

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

**Name     Email Address**

Edwin Woods, Jr
    on behalf of Debtor Jason E Acreman mdrummond@bondnbotes.com;kdorrell@bondnbotes.com

Eileen N. Shaffer
    on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com

Eileen N. Shaffer
    eshaffer@eshaffer-law.com ms04@ecfcbis.com

Leslie R. Sadler
    on behalf of Creditor Mutual Credit Union lsadler@ellislawms.com

Thomas Carl Rollins, Jr
    on behalf of Special Counsel Robert J. McLaughlin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Special Counsel Douglass A. Kreis trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: November 14, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              CHAPTER 7

JASON E. ACREMAN                            CASE NO. 21-02166-JAW

### ORDER APPROVING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF ATTORNEY FOR TRUSTEE

**THIS MATTER** came on for the Court's consideration on the *Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorney for Trustee* [Dkt. # 47 ] filed by Eileen N. Shaffer, Trustee. The Court, after Notice and no Objections having been filed, does hereby find, as follows:

1.      That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the amount requested in the application filed by Eileen N. Shaffer in the amount of $5,912.50 for legal services rendered and expenses in the amount of $24.54, being a total of $5,937.04, is approved and may be paid from the available funds of the estate.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com