## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                    CHAPTER 7

JASON E. ACREMAN                                                             CASE NO. 21-02166-JAW

### MOTION FOR APPROVAL OF DISBURSEMENT OF FUNDS

**COMES NOW**, Eileen N. Shaffer, Trustee, by and through her attorney and files this *Motion for Approval of Disbursement of Funds*, and would show unto the Court as follows, to-wit:

1. That on August 13, 2025, the Court entered an Order directing the Trustee to pay any funds remaining after distribution of administrative claims and the claims of creditors to Aylstock Witkin Kreis & Overholtz, PLLC ("Aylstock") and Hart, McLaughlin & Eldridge, LLC ("HME") [Dkt. #39]. No surplus funds were to be issued to the Debtor.

2. The Trustee is prepared to file the Trustee's Final Report in order to have this case closed.

3. However, the Trustee has been advised that the surplus funds should be paid to HME only, as it is the firm that reimbursed the bankruptcy estate and that Aylstock does not have a claim to any of the funds.

4. To date, the Trustee has been unable to obtain written confirmation from Aylstock that they are not asserting a claim to any of the surplus funds.

**WHEREFORE, PREMISES CONSIDERED,** Eileen N. Shaffer, Trustee is seeking authorization to pay all of the surplus funds to Hart, McLaughlin & Eldridge, LLC, and for such other relief as is deemed just.

Respectfully submitted,

CHAPTER 7 TRUSTEE

By: _____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court through the ECF system, sending notification of such filing to the parties set forth in the Electronic Mail Notice List including the following:

Edwin Woods, Jr., Esq.
Attorney for Debtor
kdorrell@bondnbotes.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

and have mailed by U.S. Mail, postage prepaid, or electronically mailed, a true and correct copy of the foregoing to the following:

Douglas A. Kreis, Esq.
Aylstock Witkin Kreis & Overholtz, PLLC
17 E. Main St., Suite 200
Pensacola, FL 32502
dkreis@awkolaw.com

Robert J. McLaughlin, Esq.
Hart McLaughlin & Eldridge
One S. Dearborn, Suite 1400
Chicago, IL 60603
rmclaughlin@hmelegal.com

**SO CERTIFIED**, this the __16th__ day of __January__, 2026.

_____
EILEEN N. SHAFFER