# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                                CHAPTER 7

JASON E. ACREMAN                                                  CASE NO. 21-02166-JAW

## ORDER APPROVING MOTION FOR APPROVAL
## OF DISBURSEMENT OF FUNDS

**THIS MATTER** came on for the Court's consideration on the Trustee's *Motion for Approval of Disbursement of Funds* [Dkt. #_____] filed on behalf of Eileen N. Shaffer, Trustee. The Court, after Notice and no objections having been filed, and being otherwise fully advised in the premises, do hereby find, as follows:

1. The Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Trustee is authorized to pay all of the surplus funds to Hart McLaughlin & Eldridge, LLC.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com