IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                          CHAPTER 7

JASON E. ACREMAN                                                               CASE NO. 21-02166-JAW

### NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF DISBURSEMENT OF FUNDS

**NOTICE IS HEREBY GIVEN** that Eileen N. Shaffer, Trustee has filed a Motion for Approval of Disbursement of Funds. The Trustee requests authority to disburse all of the surplus funds to Hart McLaughlin & Eldridge, LLC.

**NOTICE IS HEREBY FURTHER GIVEN** that **TWENTY-ONE (21) DAYS** from the date of this Notice are granted in which a written objection or other responsive pleading may be filed with the Clerk, United States Bankruptcy Court, Thad Cochran United States Courthouse, 501 E. Court St., Suite 2.300, Jackson, Mississippi 39201; and to serve a copy upon the attorney for Trustee Eileen N. Shaffer, at the address listed herein below; and upon the United States Trustee, 501 E. Court St., Suite 6.430, Jackson, MS 39201. If no objections are filed, the Court may consider this matter *EX PARTE*.

DATED, this the ____ day of _____, 2026.

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court through the ECF system, sending notification of such filing to the parties set forth in the Electronic Mail Notice List including the following:

Edwin Woods, Jr., Esq.
Attorney for Debtor
kdorrell@bondnbotes.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

and have mailed by U.S. Mail, postage prepaid, or electronically mailed, a true and correct copy of the foregoing to the following and to all creditors and parties in interest listed on the master address list on file, attached hereto as Exhibit "A":

Douglas A. Kreis, Esq.
Aylstock Witkin Kreis & Overholtz, PLLC
17 E. Main St., Suite 200
Pensacola, FL 32502
Dkreis@awkolaw.com

Robert J. McLaughlin, Esq.
Hart McLaughlin & Eldridge
One S. Dearborn, Suite 1400
Chicago, IL 60603
rmclaughlin@hmelegal.com

**SO CERTIFIED**, this the _____ day of _____, 2026.

_____
EILEEN N. SHAFFER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 21-02166-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Fri Jan 16 15:05:53 CST 2026 | Mutual Credit Union<br>POB 25<br>Vicksburg, MS 39181-0025 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Cbna<br>Attn: Centralized Bankruptcy<br>Po Box 790034<br>St. Louis, MO 63179-0034 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Christopher Acreman<br>6595 Jeff Davis Road<br>Vicksburg, MS 39180-8580 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Citibank/Home Depot<br>Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Mutual Cdt<br>1604 Cherry St<br>Vicksburg, MS 39180-3586 | Mutual Credit Union<br>Leslie R. Sadler<br>901 Belmont Street<br>Vicksburg, MS 39180-3829 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank/RMS<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Douglass A. Kreis<br>Aylstock, Witkin, Kreis & Overholtz,PLLC<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502-5998 | Edwin Woods Jr<br>Bond & Botes of Mississippi, P.C.<br>120 Southpointe, Suite A<br>Byram, MS 39272-5586 | (p)EILEEN N SHAFFER<br>P O BOX 1177<br>JACKSON MS 39215-1177 |
| Jason E Acreman<br>6515 Jeff Davis Road<br>Vicksburg, MS 39180-8580 | Jeffrey Nadrich<br>Nadrich & Cohen, LLP<br>12100 Wilshire Blvd., Suite 1250<br>Los Angeles, CA 90025-7129 | Robert J. McLaughlin<br>Hart, McLaughlin & Eldridge, LLC<br>22 W. Washington St., #1600<br>Chicago, IL 60602-1615 |

EXHIBIT "A"

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215-1177 | End of Label Matrix<br>Mailable recipients  26<br>Bypassed recipients   0<br>Total                26 |