United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-02166-JAW
Jason E Acreman Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Feb 11, 2026     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason E Acreman, 6515 Jeff Davis Road, Vicksburg, MS 39180-8580 |
| sp | + | Douglass A. Kreis, Aylstock, Witkin, Kreis & Overholtz,PLLC, 17 E. Main Street, Suite 200, Pensacola, FL 32502-5998 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | ##+ | Robert J. McLaughlin, Hart, McLaughlin & Eldridge, LLC, 22 W. Washington St., #1600, Chicago, IL 60602-1615 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edwin Woods, Jr | on behalf of Debtor Jason E Acreman mdrummond@bondnbotes.com;kdorrell@bondnbotes.com |
| Eileen N. Shaffer | on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 11, 2026 | Form ID: pdf012 | Total Noticed: 2 |

Leslie R. Sadler
    on behalf of Creditor Mutual Credit Union lsadler@ellislawms.com

Thomas Carl Rollins, Jr
    on behalf of Special Counsel Robert J. McLaughlin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Special Counsel Douglass A. Kreis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

Jamie A. Wilson

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: February 11, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                           CHAPTER 7

JASON E. ACREMAN                                    CASE NO. 21-02166-JAW

### ORDER APPROVING MOTION FOR APPROVAL
### OF DISBURSEMENT OF FUNDS

**THIS MATTER** came on for the Court's consideration on the Trustee's *Motion for Approval of Disbursement of Funds* [Dkt. #__51__] filed on behalf of Eileen N. Shaffer, Trustee. The Court, after Notice and no objections having been filed, and being otherwise fully advised in the premises, do hereby find, as follows:

1.      The Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Trustee is authorized to pay all of the surplus funds to Hart McLaughlin & Eldridge, LLC.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com