**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

In re:  JASON E ACREMAN            §   Case No. 21-02166-JAW
         JASON EUGENE ACREMAN      §
                                    §
                                    §
                  Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/29/2021. The undersigned trustee was appointed on 12/29/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          51,097.47

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 16,188.62 |
| Bank service fees | 231.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $          34,677.46

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/19/2022 and the deadline for filing governmental claims was 06/27/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,532.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,532.48, for a total compensation of $5,532.48[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $101.72 for total expenses of $101.72[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/15/2026                    By: /s/ Eileen N. Shaffer
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  21-02166-JAW

**Case Name:**  JASON E ACREMAN

**For Period Ending:**  04/15/2026

**Trustee Name:**  (440040) Eileen N. Shaffer

**Date Filed (f) or Converted (c):**  12/29/2021 (f)

**§ 341(a) Meeting Date:**  01/28/2022

**Claims Bar Date:**  05/19/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead-6515 Jeff Davis Rd., Vicksburg, MS 39180, Warren Co. | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2002 Ford F150 | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2004 Dodge 2500 SLT | 7,000.00 | 0.00 | | 0.00 | FA |
| 4 | Yamaha Rhino Side by Side | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture and Appliances | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking & Savings Accounts-Mutual Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Acct-Mutual Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Acct - Regions Bank | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Federal Income Tax Refund | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | State Income Tax Refund | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | Earned Income Tax Credit | 5,000.00 | 0.00 | | 0.00 | FA |
| 15 | Personal Injury lawsuit (u)<br>Hernia mesh | 0.00 | 51,097.47 | | 51,097.47 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$62,500.00** | **$51,097.47** | | **$51,097.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

2/18/22 - Hernia mesh lawsuit.
5/2/22 - Special counsel employed.
5/22/23-Started lien resolution process.
6/17/24-Waiting on resolution.
6/25/25 - Filed Motion for approval of settlement and for special counsel fees

**Initial Projected Date Of Final Report (TFR):**  11/15/2023

**Current Projected Date Of Final Report (TFR):**  02/26/2026 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit B**

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 21-02166-JAW | |
| **Case Name:** | JASON E ACREMAN | |
| **Taxpayer ID #:** | **-***3221 | |
| **For Period Ending:** | 04/15/2026 | |

| | |
|---|---|
| **Trustee Name:** | Eileen N. Shaffer (440040) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******5158 Checking |
| **Blanket Bond (per case limit):** | $26,736,047.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/25 | {15} | Hart McLaughlin & Eldridge, LLC | WIRE FROM HME Legal LLC DBA Hart Per Ct. Ord. 8/13/25 [Dkt. #39] | 1242-000 | 51,097.47 | | 51,097.47 |
| 10/20/25 | 101 | Hart, McLaughlin & Ethridge, LLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.50; Expenses $32.08 Stopped on 11/13/2025 | | | 10,251.58 | 40,845.89 |
| | | | Special Counsel Fees $10,219.50 | 3210-000 | | | |
| | | | Special Counsel Expenses $32.08 | 3220-000 | | | |
| 10/20/25 | 102 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.49; Expenses: $737.49 Stopped on 01/12/2026 | | | 10,956.98 | 29,888.91 |
| | | Hart, McClaughlin & Eldridge | Special Counsel Fees $10,219.49 | 3210-000 | | | |
| | | Hart, McClaughlin & Eldridge | Special Counsel Expenses $737.49 | 3220-000 | | | |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.94 | 29,847.97 |
| 11/13/25 | 101 | Hart, McLaughlin & Ethridge, LLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.50; Expenses $32.08 Stopped: check issued on 10/20/2025 | | | -10,251.58 | 40,099.55 |
| | | | Special Counsel Fees $10,219.50 | 3210-000 | | | |
| | | | Special Counsel Expenses $32.08 | 3220-000 | | | |
| 11/13/25 | 103 | Hart McLaughlin & Eldridge | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel fees: $10,219.50; Expenses: $32.08 | | | 10,251.58 | 29,847.97 |
| | | Hart McLaughlin & Eldridge | Special Counsel Fees $10,219.50 | 3210-000 | | | |
| | | Hart McLaughlin & Eldridge | Special Counsel Expenses $32.08 | 3220-000 | | | |
| 11/14/25 | 104 | EILEEN N. SHAFFER | Per Ct. Ord. 11/14/25 [Dkt. #49] Atty. for Trustee Fees: $5,912.50; Expenses: $24.54 | | | 5,937.04 | 23,910.93 |
| | | EILEEN N. SHAFFER | Attorney for Trustee Fees $5,912.50 | 3110-000 | | | |
| | | EILEEN N. SHAFFER | Attorney for Trustee Expenses $24.54 | 3110-000 | | | |
| 11/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 71.59 | 23,839.34 |
| 12/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.20 | 23,776.14 |

**Page Subtotals:**       $51,097.47       $27,321.33

*{ } Asset Reference(s)*       **UST Form 101-7-TFR (5/1/2011)**       *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

| Case No.: | 21-02166-JAW | | Trustee Name: | Eileen N. Shaffer (440040) |
|---|---|---|---|---|
| Case Name: | JASON E ACREMAN | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3221 | | Account #: | ******5158 Checking |
| For Period Ending: | 04/15/2026 | | Blanket Bond (per case limit): | $26,736,047.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/12/26 | 102 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.49; Expenses: $737.49 Stopped: check issued on 10/20/2025 | | | -10,956.98 | 34,733.12 |
| | | Hart, McClaughlin & Eldridge | Special Counsel Fees $10,219.49 | 3210-000 | | | |
| | | Hart, McClaughlin & Eldridge | Special Counsel Expenses $737.49 | 3220-000 | | | |
| 01/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.66 | 34,677.46 |

| | | COLUMN TOTALS | 51,097.47 | 16,420.01 | $34,677.46 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | Subtotal | 51,097.47 | 16,420.01 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $51,097.47 | $16,420.01 | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                                                   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page:   3

| | |
|---|---|
| **Case No.:** | 21-02166-JAW |
| **Case Name:** | JASON E ACREMAN |
| **Taxpayer ID #:** | **-***3221 |
| **For Period Ending:** | 04/15/2026 |

| | |
|---|---|
| **Trustee Name:** | Eileen N. Shaffer (440040) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******5158 Checking |
| **Blanket Bond (per case limit):** | $26,736,047.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $51,097.47 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $51,097.47 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5158 Checking | $51,097.47 | $16,420.01 | $34,677.46 |
| | **$51,097.47** | **$16,420.01** | **$34,677.46** |

UST Form 101-7-TFR (5/1/2011)

EXHIBIT "C"

# Southern District of Mississippi
# Claims Register

Objections Not Necessary

## 21-02166-JAW Jason E Acreman

**Judge:** Jamie A. Wilson          **Chapter:** 7

**Office:** Jackson-3 Divisional Office     **Last Date to file claims:** 05/19/2022

**Trustee:** Eileen N. Shaffer          **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:*     (5082318)<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 03/02/2022<br>*Original Entered*<br>*Date:* 03/02/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gwendolyn S Wiens<br>*Modified:* |

Amount claimed: $2162.07     Allowed as a general unsecured claim.

*History:*

Details  ◉  1-1   03/02/2022 Claim #1 filed by Citibank, N.A., Amount claimed: $2162.07 (Wiens, Gwendolyn)

*Description:* (1-1) Money Loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (5082318)<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 03/03/2022<br>*Original Entered*<br>*Date:* 03/03/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jackie L Downing<br>*Modified:* |

Amount claimed: $435.31     Allowed as a general unsecured claim.

*History:*

Details  ◉  2-1   03/03/2022 Claim #2 filed by Citibank, N.A., Amount claimed: $435.31 (Downing, Jackie)

*Description:* (2-1) Money Loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (5082868)<br>Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 03/04/2022<br>*Original Entered*<br>*Date:* 03/04/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Arpan Parmar<br>*Modified:* |

Amount claimed: $646.20     Allowed as a general unsecured claim.

*History:*

Details  ◉  3-1   03/04/2022 Claim #3 filed by Capital One Bank (USA), N.A., Amount claimed: $646.20 (Parmar, Arpan)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (5085433)<br>Resurgent Receivables, LLC<br>Resurgent Capital Services | **Claim No: 4**<br>*Original Filed*<br>*Date:* 03/11/2022 | *Status:*<br>*Filed by:* CR |

*History:*

Details  ◉  4-1   03/11/2022 Claim #4 filed by Resurgent Receivables, LLC, Amount claimed: $1439.19 (Butler, Javyn)

*Description:*

*Remarks:*

PO Box 10587
Greenville, SC 29603-0587

*Original Entered
Date:* 03/11/2022

*Entered by:* Javyn Butler
*Modified:*

Amount claimed: $1439.19     Allowed as a general unsecured claim.
Secured claimed:     $0.00

*History:*
Details  ◔  4-1   03/11/2022 Claim #4 filed by Resurgent Receivables, LLC, Amount claimed: $1439.19 (Butler, Javyn)
*Description:*
*Remarks:*

*Creditor:*     (5085433)
Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 5**
*Original Filed
Date:* 03/11/2022
*Original Entered
Date:* 03/11/2022

*Status:*
*Filed by:* CR
*Entered by:* David Lamb
*Modified:*

Amount claimed: $1308.62     Allowed as a general unsecured claim.
Secured claimed:     $0.00

*History:*
Details  ◔  5-1   03/11/2022 Claim #5 filed by Resurgent Receivables, LLC, Amount claimed: $1308.62 (Lamb, David)
*Description:*
*Remarks:*

*Creditor:*     (5089851)
JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Claim No: 6**
*Original Filed
Date:* 03/25/2022
*Original Entered
Date:* 03/25/2022

*Status:*
*Filed by:* CR
*Entered by:* Luiz C. Brito
*Modified:*

Amount claimed: $2355.24     Allowed as a general unsecured claim.

*History:*
Details  ◔  6-1   03/25/2022 Claim #6 filed by JPMorgan Chase Bank, N.A., Amount claimed: $2355.24 (Brito, Luiz)
*Description:*
*Remarks:*

*Creditor:*     (5089908)   History
Mutual Credit Union
Leslie R. Sadler
901 Belmont Street
Vicksburg, MS 39180

**Claim No: 7**
*Original Filed
Date:* 03/25/2022
*Original Entered
Date:* 03/25/2022

*Status:*
*Filed by:* CR
*Entered by:* Leslie R. Sadler
*Modified:*

Amount claimed: $3409.74     Allowed as a general unsecured claim.

*History:*
Details  ◔  7-1   03/25/2022 Claim #7 filed by Mutual Credit Union, Amount claimed: $3409.74 (Sadler, Leslie)
*Description:* (7-1) unsecured loan
*Remarks:*

*Creditor:*     (5095565)
U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

**Claim No: 8**
*Original Filed*
*Date:* 04/13/2022
*Original Entered*
*Date:* 04/13/2022
*Last Amendment*
*Filed:* 10/13/2023
*Last Amendment*
*Entered:* 10/13/2023

*Status:*
*Filed by:* CR
*Entered by:* Jacqueline M Harper
*Modified:*

Amount claimed: $494.66     Allowed as a general claim.

*History:*

Details ● 8-1  04/13/2022 Claim #8 filed by U.S. Bank National Association, Amount claimed: $494.81 (Jernigan, Laura)

Details ● 8-2  10/13/2023 Amended Claim #8 filed by U.S. Bank National Association, Amount claimed: $494.66 (Harper, Jacqueline)

*Description:* (8-1) Credit Card 8115
(8-2) 2102166202112298115
*Remarks:*

*Creditor:*     (5104516)
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

**Claim No: 9**
*Original Filed*
*Date:* 05/12/2022
*Original Entered*
*Date:* 05/12/2022

*Status:*
*Filed by:* CR
*Entered by:* Valerie Smith
*Modified:*

Amount claimed: $2385.70     Allowed as a general unsecured claim.

*History:*

Details ● 9-1  05/12/2022 Claim #9 filed by Synchrony Bank, Amount claimed: $2385.70 (Smith, Valerie)

*Description:*
*Remarks:* (9-1) PayPal Credit or GEMB or GECRB

# Claims Register Summary

**Case Name:** Jason E Acreman
**Case Number:** 21-02166-JAW
**Chapter:** 7
**Date Filed:** 12/29/2021
**Total Number Of Claims:** 9

| Total Amount Claimed* | $14636.73 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/19/2026 09:16:20 | | | |
| **PACER Login:** | smoffat1963 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 21-02166-JAW Filed or Entered From: 1/1/1900 Filed or Entered To: 2/19/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-02166-JAW
Case Name:  JASON E ACREMAN
Trustee Name: Eileen N. Shaffer

**Balance on hand:**    $                34,677.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:    $     34,677.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eileen N. Shaffer | 5,532.48 | 0.00 | 5,532.48 |
| Trustee, Expenses - Eileen N. Shaffer | 101.72 | 0.00 | 101.72 |
| Attorney for Trustee Fees - EILEEN N. SHAFFER | 5,912.50 | 5,912.50 | 0.00 |
| Attorney for Trustee Fees - EILEEN N. SHAFFER | 24.54 | 24.54 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Hart, McClaughlin & Eldridge | 10,219.49 | 0.00 | 10,219.49 |
| Attorney for Trustee Fees (Other Firm) - Hart McLaughlin & Eldridge | 10,219.50 | 10,219.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Hart, McClaughlin & Eldridge | 737.49 | 0.00 | 737.49 |
| Attorney for Trustee Expenses (Other Firm)  - Hart McLaughlin & Eldridge | 32.08 | 32.08 | 0.00 |

Total to be paid for chapter 7 administrative expenses:    $     16,591.18
Remaining balance:    $     18,086.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    18,086.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    18,086.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,636.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank, N.A. | 2,162.07 | 0.00 | 2,162.07 |
| 2 | Citibank, N.A. | 435.31 | 0.00 | 435.31 |
| 3 | Capital One Bank (USA), N.A. | 646.20 | 0.00 | 646.20 |
| 4 | Resurgent Receivables, LLC | 1,439.19 | 0.00 | 1,439.19 |
| 5 | Resurgent Receivables, LLC | 1,308.62 | 0.00 | 1,308.62 |
| 6 | JPMorgan Chase Bank, N.A. | 2,355.24 | 0.00 | 2,355.24 |
| 7 | Mutual Credit Union | 3,409.74 | 0.00 | 3,409.74 |
| 8 | U.S. Bank National Association | 494.66 | 0.00 | 494.66 |
| 9 | Synchrony Bank | 2,385.70 | 0.00 | 2,385.70 |

Total to be paid for timely general unsecured claims:    $    14,636.73
Remaining balance:    $    3,449.55

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 3,449.55

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 3,449.55

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.29% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $176.88. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to Hart, McClaughlin & Eldridge (Doc. No. 39) after payment of all claims and interest is $3,272.67.

**UST Form 101-7-TFR(5/1/2011)**