## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                             CHAPTER 7

JASON E. ACREMAN                                          CASE NO. 21-02166-JAW

### CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, or electronically transmitted via CM/ECF Noticing, a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation to all creditors and parties in interest as listed on the master address list on file, attached hereto as Exhibit "A", and by ECF to the parties listed below on the day and year hereinafter set forth:

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED**, this the 22nd day of _April_, 2026.

_____
EILEEN N. SHAFFER
Attorney for Trustee


EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

Label Matrix for local noticing
0538-3
Case 21-02166-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Wed Apr 22 08:19:31 CDT 2026

Mutual Credit Union
POB 25
Vicksburg, MS 39181-0025

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Cbna
Attn: Centralized Bankruptcy
Po Box 790034
St. Louis, MO 63179-0034

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Christopher Acreman
6595 Jeff Davis Road
Vicksburg, MS 39180-8580

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citibank/Home Depot
Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Mutual Cdt
1604 Cherry St
Vicksburg, MS 39180-3586

Mutual Credit Union
Leslie R. Sadler
901 Belmont Street
Vicksburg, MS 39180-3829

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201-5229

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Douglass A. Kreis
Aylstock, Witkin, Kreis & Overholtz,PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502-5998

Edwin Woods Jr
Bond & Botes of Mississippi, P.C.
120 Southpointe, Suite A
Byram, MS 39272-5586

(p)EILEEN N SHAFFER
P O BOX 1177
JACKSON MS 39215-1177

Jason E Acreman
6515 Jeff Davis Road
Vicksburg, MS 39180-8580

Jeffrey Nadrich
Nadrich & Cohen, LLP
12100 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025-7129

Robert J. McLaughlin
Hart, McLaughlin & Eldridge, LLC
22 W. Washington St., #1600
Chicago, IL 60602-1615

EXHIBIT "A"

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215-1177

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26