United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 21-02166-JAW

Jason E Acreman                                                                 Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                              User: mssbad                              Page 1 of 2

Date Rcvd: May 19, 2026                        Form ID: pdf012                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

**Recip ID              Recipient Name and Address**
db                      +  Jason E Acreman, 6515 Jeff Davis Road, Vicksburg, MS 39180-8580

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

**Name                          Email Address**

Edwin Woods, Jr
                                on behalf of Debtor Jason E Acreman mdrummond@bondnbotes.com;kdorrell@bondnbotes.com

Eileen N. Shaffer
                                on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com

Eileen N. Shaffer
                                eshaffer@eshaffer-law.com  ms04@ecfcbis.com

Leslie R. Sadler
                                on behalf of Creditor Mutual Credit Union lsadler@ellislawms.com

Thomas Carl Rollins, Jr
                                on behalf of Special Counsel Robert J. McLaughlin trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

District/off: 0538-3                    User: mssbad                              Page 2 of 2
Date Rcvd: May 19, 2026                 Form ID: pdf012                           Total Noticed: 1

on behalf of Special Counsel Douglass A. Kreis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                         CHAPTER 7

JASON E. ACREMAN                                                        CASE NO. 21-02166-JAW

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION
### [Dkt. No. 55 ]

**THIS DAY** this cause came before this Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution, in the above-styled proceeding; and the Court having fully reviewed the same finds that said Final Report should be approved.

**IT IS, THEREFORE, ORDERED** that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of this estate as follows:

| Name of Party: | Description: | Amount: |
|---|---|---|
| Administrative Expenses: | | |
| EILEEN N. SHAFFER | Trustee Compensation | 5,532.48 |
| EILEEN N. SHAFFER | Trustee Expenses | 101.72 |
| Hart, McLaughlin & Ethridge | Special Counsel Fees | 10,219.49 |
| Hart, McLaughlin & Ethridge | Special Counsel Expenses | 737.49 |
| **TOTAL Administrative Expenses** | | **16,591.18** |
| Unsecured Claims: | | |
| Citibank, N.A. | Claim No. 1 | 2,162.07 |
| Citibank, N.A. | Claim No. 2 | 435.31 |
| Capital One Bank (USA), N.A. | Claim No. 3 | 646.20 |
| Resurgent Receivables, LLC | Claim No. 4 | 1,439.19 |
| Resurgent Receivables, LLC | Claim No. 5 | 1,308.62 |
| JPMorgan Chase Bank, N.A. | Claim No. 6 | 2,355.24 |

| | | |
|---|---|---|
| Mutual Credit Union | Claim No. 7 | 3,409.74 |
| U.S. Bank, N.A. | Claim No. 8 | 494.66 |
| Synchrony Bank | Claim No. 9 | 2,385.70 |
| **TOTAL Unsecured Claims** | | **14,636.73** |

Unsecured Interest Claims:

| | | |
|---|---|---|
| Citibank, N.A. | Claim No. 1 | 26.13 |
| Citibank, N.A. | Claim No. 2 | 5.26 |
| Capital One Bank (USA), N.A. | Claim No. 3 | 7.81 |
| Resurgent Receivables, LLC | Claim No. 4 | 17.39 |
| Resurgent Receivables, LLC | Claim No. 5 | 15.81 |
| JPMorgan Chase Bank, N.A. | Claim No. 6 | 28.46 |
| Mutual Credit Union | Claim No. 7 | 41.21 |
| U.S. Bank, N.A. | Claim No. 8 | 5.98 |
| Synchrony Bank | Claim No. 9 | 28.83 |
| **TOTAL Unsecured Interest Claims** | | **176.88** |

Surplus Funds Returned to Special Counsel:

| | | |
|---|---|---|
| Hart, McLaughlin & Eldridge | Surplus Funds | 3,272.67 |

| | |
|---|---|
| **TOTAL Funds to be Disbursed** | **34,677.46** |

**IT IS FURTHER ORDERED** that the Trustee shall make all disbursements authorized herein within ten (10) days of the entry of this Order becoming final and non-appealable.

**IT IS FURTHER ORDERED** that within ninety (90) days after distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

**IT IS FURTHER ORDERED** that within 125 days of the entry of this Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

**##END OF ORDER##**

Order prepared and submitted by:

Eileen N. Shaffer, Trustee, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Telephone: (601) 969-3006
Facsimile: (601) 949-4002
Email: eshaffer@eshaffer-law.com