**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
JASON E. ACREMAN

CHAPTER 7
CASE NO. 21-02166-JAW

**RULE 3011 LIST**
**OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS**

**COMES NOW, Eileen N. Shaffer**, Trustee, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Citibank, N.A. | 6716 Grade Ln., Bldg. 9, Ste. 910-PY Dept.<br>Louisville, KY 40213 | $2,188.20 |
| Citibank, N.A. | 6716 Grade Ln., Bldg. 9, Ste. 910-PY Dept.<br>Louisville, KY 40213 | $ 440.57 |

That the Order Approving Trustee's Final Report was entered by the Court on May 19, 2026 [Dkt. #58] and the funds were disbursed pursuant to the Order. Said checks were never returned, nor were they deposited. The Trustee placed a stop payment on the checks.

**WHEREFORE, PREMISES CONSIDERED,** Eileen N. Shaffer, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: 9/18/2026

Respectfully submitted,

CHAPTER 7 TRUSTEE

EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com

**CERTIFICATE OF SERVICE**

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date, electronically transmitted, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

Edwin Woods, Jr., Esq.
Attorney for Debtor
kdorrell@bondnbotes.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the 18th day of September, 2026.

EILEEN N. SHAFFER