Generated: Sep 21, 2026 2:18PM



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Sep 21, 2026 2:18PM

Eileen N. Shaffer, Trustee

Rcpt. No: 30001181 Trans. Date: Sep 21, 2026 2:18PM Cashier ID: #DCSs (3665)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 21-02166-JAW | 1 | 2188.20 | 2188.20 |
| UC | UNCLAIMED FUNDS | 21-02166-JAW | 1 | 440.57 | 440.57 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #117 | 09/21/2026 | $2,628.77 |
| | | | Total Due Prior to Payment: | $2,628.77 |
| | | | Total Tendered: | $2,628.77 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Debtor**: Jason E Acreman

**Debtor**: Jason E Acreman

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

U.S. Bankruptcy Court
Southern District of Mississippi
RECEIVED
SEP 21 2026
Danny L. Miller, Clerk of Court
By: ____________, Deputy Clerk

IN THE MATTER OF:
JASON E. ACREMAN

CHAPTER 7
CASE NO. 21-02166-JAW

**RULE 3011 LIST**
**OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS**

**COMES NOW, Eileen N. Shaffer,** Trustee, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Citibank, N.A. | 6716 Grade Ln., Bldg. 9, Ste. 910-PY Dept.<br>Louisville, KY 40213 | $2,188.20 |
| Citibank, N.A. | 6716 Grade Ln., Bldg. 9, Ste. 910-PY Dept.<br>Louisville, KY 40213 | $ 440.57 |

That the Order Approving Trustee's Final Report was entered by the Court on May 19, 2026 [Dkt. #58] and the funds were disbursed pursuant to the Order. Said checks were never returned, nor were they deposited. The Trustee placed a stop payment on the checks.

**WHEREFORE, PREMISES CONSIDERED**, Eileen N. Shaffer, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: 9/18/2026

Respectfully submitted,

CHAPTER 7 TRUSTEE

______________________
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date, electronically transmitted, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

Edwin Woods, Jr., Esq.
Attorney for Debtor
kdorrell@bondnbotes.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the 18th day of September, 2026.

EILEEN N. SHAFFER

**EILEEN N. SHAFFER**
Attorney at Law
P.O. Box 1177
Jackson, Mississippi 39215-1177

JACKSON MS 390
19 SEP 2026 AM 2 L
Freedom 250




US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

SEP 21 2026

Danny L. Miller, Clerk of Court
By:____________, Deputy Clerk

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran United States Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

39201-502825