**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| In re: JASON E ACREMAN<br>JASON EUGENE ACREMAN<br><br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 21-02166-JAW |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Eileen N. Shaffer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>***(without deducting any secured claims)*** | $62,500.00 | Assets Exempt: | $55,000.00 |
| Total Distributions to Claimants: | $14,813.61 | Claims Discharged Without Payment: | $14,436.00 |
| Total Expenses of Administration: | $33,011.19 | | |

3) Total gross receipts of $51,097.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,272.67 (see **Exhibit 2**), yielded net receipts of $47,824.80 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,253.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $33,011.19 | $33,011.19 | $33,011.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $14,436.00 | $14,636.73 | $14,813.61 | $14,813.61 |
| **TOTAL DISBURSEMENTS** | $19,689.00 | $47,647.92 | $47,824.80 | $47,824.80 |

4) This case was originally filed under chapter 7 on 12/29/2021. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2026

By: /s/ Eileen N. Shaffer
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury lawsuit | 1242-000 | $51,097.47 |
| **TOTAL GROSS RECEIPTS** | | **$51,097.47** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Hart, McLaughlin & Eldridge | Per Ct. Ord. 5/19/26 [Dkt. #58] Surplus Funds | 8200-002 | $3,272.67 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$3,272.67** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Mutual Cdt | 4110-000 | $5,253.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$5,253.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eileen N. Shaffer | 2100-000 | NA | $5,532.48 | $5,532.48 | $5,532.48 |
| Trustee, Expenses - Eileen N. Shaffer | 2200-000 | NA | $101.72 | $101.72 | $101.72 |
| Attorney for Trustee Fees - EILEEN N. SHAFFER | 3110-000 | NA | $5,937.04 | $5,937.04 | $5,937.04 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $231.39 | $231.39 | $231.39 |
| Attorney for Trustee Fees (Other Firm) - Hart McLaughlin & Eldridge | 3210-000 | NA | $10,219.50 | $10,219.50 | $10,219.50 |
| Attorney for Trustee Fees (Other Firm) - Hart, McClaughlin & Eldridge | 3210-000 | NA | $10,219.49 | $10,219.49 | $10,219.49 |
| Attorney for Trustee Expenses (Other Firm) - Hart McLaughlin & Eldridge | 3220-000 | NA | $32.08 | $32.08 | $32.08 |
| Attorney for Trustee Expenses (Other Firm) - Hart, McClaughlin & Eldridge | 3220-000 | NA | $737.49 | $737.49 | $737.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$33,011.19** | **$33,011.19** | **$33,011.19** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. BANKRUPTCY COURT - Citibank, N.A. | 7100-001 | NA | $2,162.07 | $2,162.07 | $2,162.07 |
| 1I | U.S. BANKRUPTCY COURT - Citibank, N.A. | 7990-001 | NA | NA | $26.13 | $26.13 |
| 2 | U.S. BANKRUPTCY COURT - Citibank, N.A. | 7100-001 | NA | $435.31 | $435.31 | $435.31 |
| 2I | U.S. BANKRUPTCY COURT - Citibank, N.A. | 7990-001 | NA | NA | $5.26 | $5.26 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | NA | $646.20 | $646.20 | $646.20 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $7.81 | $7.81 |
| 4 | Resurgent Receivables, LLC | 7100-000 | NA | $1,439.19 | $1,439.19 | $1,439.19 |
| 4I | Resurgent Receivables, LLC | 7990-000 | NA | NA | $17.39 | $17.39 |
| 5 | Resurgent Receivables, LLC | 7100-000 | NA | $1,308.62 | $1,308.62 | $1,308.62 |
| 5I | Resurgent Receivables, LLC | 7990-000 | NA | NA | $15.81 | $15.81 |
| 6 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $2,355.24 | $2,355.24 | $2,355.24 |
| 6I | JPMorgan Chase Bank, N.A. | 7990-000 | NA | NA | $28.46 | $28.46 |
| 7 | Mutual Credit Union | 7100-000 | NA | $3,409.74 | $3,409.74 | $3,409.74 |
| 7I | Mutual Credit Union | 7990-000 | NA | NA | $41.21 | $41.21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | U.S. Bank National Association | 7100-000 | NA | $494.66 | $494.66 | $494.66 |
| 8I | U.S. Bank National Association | 7990-000 | NA | NA | $5.98 | $5.98 |
| 9 | Synchrony Bank | 7100-000 | NA | $2,385.70 | $2,385.70 | $2,385.70 |
| 9I | Synchrony Bank | 7990-000 | NA | NA | $28.83 | $28.83 |
| N/F | Capital One | 7100-000 | $646.00 | NA | NA | NA |
| N/F | Cbna | 7100-000 | $2,075.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $2,355.00 | NA | NA | NA |
| N/F | Citibank/Home Depot | 7100-000 | $435.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $1,244.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $1,356.00 | NA | NA | NA |
| N/F | Fingerhut | 7100-000 | $190.00 | NA | NA | NA |
| N/F | Mutual Cdt | 7100-000 | $3,403.00 | NA | NA | NA |
| N/F | Synchrony/PayPal Credit | 7100-000 | $2,338.00 | NA | NA | NA |
| N/F | US Bank/RMS | 7100-000 | $394.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$14,436.00** | **$14,636.73** | **$14,813.61** | **$14,813.61** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 21-02166-JAW
**Case Name:** JASON E ACREMAN

**For Period Ending:** 10/19/2026

**Trustee Name:** (440040) Eileen N. Shaffer
**Date Filed (f) or Converted (c):** 12/29/2021 (f)
**§ 341(a) Meeting Date:** 01/28/2022
**Claims Bar Date:** 05/19/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead-6515 Jeff Davis Rd., Vicksburg, MS 39180, Warren Co. | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2002 Ford F150 | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2004 Dodge 2500 SLT | 7,000.00 | 0.00 | | 0.00 | FA |
| 4 | Yamaha Rhino Side by Side | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture and Appliances | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking & Savings Accounts-Mutual Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Acct-Mutual Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Acct - Regions Bank | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Federal Income Tax Refund | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | State Income Tax Refund | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | Earned Income Tax Credit | 5,000.00 | 0.00 | | 0.00 | FA |
| 15 | Personal Injury lawsuit (u)<br>Hernia mesh | 0.00 | 51,097.47 | | 51,097.47 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$62,500.00** | **$51,097.47** | | **$51,097.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

2/18/22 - Hernia mesh lawsuit.
5/2/22 - Special counsel employed.
5/22/23-Started lien resolution process.
6/17/24-Waiting on resolution.
6/25/25 - Filed Motion for approval of settlement and for special counsel fees

**Initial Projected Date Of Final Report (TFR):** 11/15/2023 **Current Projected Date Of Final Report (TFR):** 04/15/2026 (Actual)

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit 9**
Page: 1

| | | | |
|---|---|---|---|
| **Case No.:** | 21-02166-JAW | **Trustee Name:** | Eileen N. Shaffer (440040) |
| **Case Name:** | JASON E ACREMAN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3221 | **Account #:** | ******5158 Checking |
| **For Period Ending:** | 10/19/2026 | **Blanket Bond (per case limit):** | $26,736,047.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 10/16/25 | {15} | Hart McLaughlin & Eldridge, LLC | WIRE FROM HME Legal LLC DBA Hart Per Ct. Ord. 8/13/25 [Dkt. #39] | 1242-000 | 51,097.47 | | 51,097.47 |
| 10/20/25 | 101 | Hart, McLaughlin & Ethridge, LLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.50; Expenses $32.08 Stopped on 11/13/2025 | | | 10,251.58 | 40,845.89 |
| | | | Special Counsel Fees $10,219.50 | 3210-000 | | | |
| | | | Special Counsel Expenses $32.08 | 3220-000 | | | |
| 10/20/25 | 102 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.49; Expenses: $737.49 Stopped on 01/12/2026 | | | 10,956.98 | 29,888.91 |
| | | Hart, McClaughlin & Eldridge | Special Counsel Fees $10,219.49 | 3210-000 | | | |
| | | Hart, McClaughlin & Eldridge | Special Counsel Expenses $737.49 | 3220-000 | | | |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.94 | 29,847.97 |
| 11/13/25 | 101 | Hart, McLaughlin & Ethridge, LLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.50; Expenses $32.08 Stopped: check issued on 10/20/2025 | | | -10,251.58 | 40,099.55 |
| | | | Special Counsel Fees $10,219.50 | 3210-000 | | | |
| | | | Special Counsel Expenses $32.08 | 3220-000 | | | |
| 11/13/25 | 103 | Hart McLaughlin & Eldridge | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel fees: $10,219.50; Expenses: $32.08 | | | 10,251.58 | 29,847.97 |
| | | Hart McLaughlin & Eldridge | Special Counsel Fees $10,219.50 | 3210-000 | | | |
| | | Hart McLaughlin & Eldridge | Special Counsel Expenses $32.08 | 3220-000 | | | |
| 11/14/25 | 104 | EILEEN N. SHAFFER | Per Ct. Ord. 11/14/25 [Dkt. #49] Atty. for Trustee Fees: $5,912.50; Expenses: $24.54 | | | 5,937.04 | 23,910.93 |
| | | EILEEN N. SHAFFER | Attorney for Trustee Fees $5,912.50 | 3110-000 | | | |
| | | EILEEN N. SHAFFER | Attorney for Trustee Expenses $24.54 | 3110-000 | | | |
| 11/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 71.59 | 23,839.34 |
| 12/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.20 | 23,776.14 |

**Page Subtotals:** **$51,097.47** **$27,321.33**

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit 9**
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 21-02166-JAW | **Trustee Name:** | Eileen N. Shaffer (440040) |
| **Case Name:** | JASON E ACREMAN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3221 | **Account #:** | ******5158 Checking |
| **For Period Ending:** | 10/19/2026 | **Blanket Bond (per case limit):** | $26,736,047.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/12/26 | 102 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Per Ct. Ord. 9/24/25 [Dkt. #44] Special Counsel Fees: $10,219.49; Expenses: $737.49 Stopped: check issued on 10/20/2025 | | | -10,956.98 | 34,733.12 |
| | | Hart, McClaughlin & Eldridge | Special Counsel Fees $10,219.49 | 3210-000 | | | |
| | | Hart, McClaughlin & Eldridge | Special Counsel Expenses $737.49 | 3220-000 | | | |
| 01/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.66 | 34,677.46 |
| 06/08/26 | 105 | Hart, McLaughlin & Eldridge | Per Ct. Ord. 5/19/26 [Dkt. #58]; Special Counsel Fees: $10,219.49; Expenses: $737.49 | | | 10,956.98 | 23,720.48 |
| | | Hart, McClaughlin & Eldridge | Special Counsel Fees $10,219.49 | 3210-000 | | | |
| | | Hart, McClaughlin & Eldridge | Special Counsel Expenses $737.49 | 3220-000 | | | |
| 06/08/26 | 106 | Eileen N. Shaffer | Per Ct. Ord. 5/19/26 [Dkt. #58] Trustee Fees: $5,532.48; Trustee Expenses: $101.72 | | | 5,634.20 | 18,086.28 |
| | | Eileen N. Shaffer | Trustee Compensation $5,532.48 | 2100-000 | | | |
| | | Eileen N. Shaffer | Trustee Expenses $101.72 | 2200-000 | | | |
| 06/08/26 | 107 | Citibank, N.A. | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #2453; Claim Amt. $2,162.07; Interest: $26.13 Stopped on 09/18/2026 | | | 2,188.20 | 15,898.08 |
| | | Citibank, N.A. | Proof of Claim Amt. $2,162.07 | 7100-000 | | | |
| | | Citibank, N.A. | Interest $26.13 | 7990-000 | | | |
| 06/08/26 | 108 | Citibank, N.A. | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #0808-Home Depot Card; Claim Amt. $435.31; Interest $5.26 Stopped on 09/18/2026 | | | 440.57 | 15,457.51 |
| | | Citibank, N.A. | Claim Amount $435.31 | 7100-000 | | | |
| | | Citibank, N.A. | Interest $5.26 | 7990-000 | | | |
| 06/08/26 | 109 | Capital One Bank (USA), N.A. | Per Ct. Ord. 5/19/26 [Dkt. $58] Acct. #6354; Claim Amt. $646.20; Interest $7.81 | | | 654.01 | 14,803.50 |
| | | Capital One Bank (USA), N.A. | Claim Amount $646.20 | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Interest $7.81 | 7990-000 | | | |

**Page Subtotals:** **$0.00** **$8,972.64**

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 21-02166-JAW | **Trustee Name:** | Eileen N. Shaffer (440040) |
| **Case Name:** | JASON E ACREMAN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3221 | **Account #:** | ******5158 Checking |
| **For Period Ending:** | 10/19/2026 | **Blanket Bond (per case limit):** | $26,736,047.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/08/26 | 110 | Resurgent Capital Services | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #7531-Credit One Bank; Trustee Fees: $1,439.19; Interest $17.39 | | | 1,456.58 | 13,346.92 |
| | | Resurgent Receivables, LLC | Claim Amount $1,439.19 | 7100-000 | | | |
| | | Resurgent Receivables, LLC | Interest $17.39 | 7990-000 | | | |
| 06/08/26 | 111 | Resurgent Receivables, LLC | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #0912; Claim Amt. $1.308.62; Interest $15.81 | | | 1,324.43 | 12,022.49 |
| | | Resurgent Receivables, LLC | Claim Amount $1,308.62 | 7100-000 | | | |
| | | Resurgent Receivables, LLC | Interest $15.81 | 7990-000 | | | |
| 06/08/26 | 112 | JPMorgan Chase Bank, N.A. | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #4042; Claim Amt. $2,355.24; Interest $28.46 | | | 2,383.70 | 9,638.79 |
| | | JPMorgan Chase Bank, N.A. | Claim Amt. $2,355.24 | 7100-000 | | | |
| | | JPMorgan Chase Bank, N.A. | Interest $28.46 | 7990-000 | | | |
| 06/08/26 | 113 | Mutual Credit Union | Per Ct. Ord. 5/19/26 [Dkt. #58] Claim Amt. $3,409.74; Interest $41.21 | | | 3,450.95 | 6,187.84 |
| | | Mutual Credit Union | Claim Amt. $3,409.74 | 7100-000 | | | |
| | | Mutual Credit Union | Interest $41.21 | 7990-000 | | | |
| 06/08/26 | 114 | U.S. Bank, N.A. | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #8115; Claim Amt. $494.66; Interest $5.98 | | | 500.64 | 5,687.20 |
| | | U.S. Bank National Association | Claim Amount $494.66 | 7100-000 | | | |
| | | U.S. Bank National Association | Interest $5.98 | 7990-000 | | | |
| 06/08/26 | 115 | Synchrony Bank | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #0825; PayPal Credit; Claim Amt. $2,385.70; Interest $28.83 | | | 2,414.53 | 3,272.67 |
| | | Synchrony Bank | Claim Amt. $2,385.70 | 7100-000 | | | |
| | | Synchrony Bank | Interest $28.83 | 7990-000 | | | |
| 06/08/26 | 116 | Hart, McLaughlin & Eldridge | Per Ct. Ord. 5/19/26 [Dkt. #58] Surplus Funds | 8200-002 | | 3,272.67 | 0.00 |
| 09/18/26 | 107 | Citibank, N.A. | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #2453; Claim Amt. $2,162.07; Interest: $26.13 Stopped: check issued on 06/08/2026 | | | -2,188.20 | 2,188.20 |
| | | | | **Page Subtotals:** | **$0.00** | **$12,615.30** | |

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit 9**
Page: 4

| | | | |
|---|---|---|---|
| **Case No.:** | 21-02166-JAW | **Trustee Name:** | Eileen N. Shaffer (440040) |
| **Case Name:** | JASON E ACREMAN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3221 | **Account #:** | ******5158 Checking |
| **For Period Ending:** | 10/19/2026 | **Blanket Bond (per case limit):** | $26,736,047.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| | | Citibank, N.A. | Proof of Claim Amt. $2,162.07 | 7100-000 | | | |
| | | Citibank, N.A. | Interest $26.13 | 7990-000 | | | |
| 09/18/26 | 108 | Citibank, N.A. | Per Ct. Ord. 5/19/26 [Dkt. #58] Acct. #0808-Home Depot Card; Claim Amt. $435.31; Interest $5.26 Stopped: check issued on 06/08/2026 | | | -440.57 | 2,628.77 |
| | | Citibank, N.A. | Claim Amount $435.31 | 7100-000 | | | |
| | | Citibank, N.A. | Interest $5.26 | 7990-000 | | | |
| 09/18/26 | 117 | U.S. BANKRUPTCY COURT | Rule 3011 (Claim #1-$2,162.07 + 26.13 = $2,188.20) (Claim #2-$435.31 + 5.26=440.57) | | | 2,628.77 | 0.00 |
| | | Citibank, N.A. | Claim amount $2,162.07 | 7100-001 | | | |
| | | Citibank, N.A. | Interest $26.13 | 7990-001 | | | |
| | | Citibank, N.A. | Claim amount $435.31 | 7100-001 | | | |
| | | Citibank, N.A. | Interest $5.26 | 7990-001 | | | |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **51,097.47** | **51,097.47** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **51,097.47** | **51,097.47** | |
| Less: Payments to Debtors | | 3,272.67 | |
| **NET Receipts / Disbursements** | **$51,097.47** | **$47,824.80** | |

# Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-02166-JAW | **Trustee Name:** | Eileen N. Shaffer (440040) |
| **Case Name:** | JASON E ACREMAN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3221 | **Account #:** | ******5158 Checking |
| **For Period Ending:** | 10/19/2026 | **Blanket Bond (per case limit):** | $26,736,047.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $51,097.47 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $3,272.67 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $47,824.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5158 Checking | $51,097.47 | $47,824.80 | $0.00 |
| | **$51,097.47** | **$47,824.80** | **$0.00** |